## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHELLE YOUNG,<br>individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROCKROSE DEVELOPMENT, LLC,<br><br>　　　　Defendant. | Civil Action No. 1:25-CV-10712<br><br>**NOTICE OF VOLUNTARY DISMISSAL<br>WITHOUT PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Procedure 41(a)(1)(A)(i) Plaintiff Richelle Young ("Plaintiff") voluntarily dismisses her claim in the above captioned action against Defendant Rockrose Development, LLC ("Defendant/Defendants") without prejudice.

Dated: December 30, 2025

**LEVI & KORSINSKY, LLP**

*By: /s/Mark S. Reich*
Mark S. Reich (MR-4166)
Tyler A. Litke (5715966)
Melissa G. Meyer (5736483)
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: tlitke@zlk.com
Email: mmeyer@zlk.com

*Attorneys for Plaintiff Young*

**CERTIFICATE OF SERVICE**

      I certify that on December 30, 2025, the foregoing was filed in the United States District Court for the District of Minnesota, and a true and correct copy of this was served via ECF on all counsel of record appearing in this case.

                                              */s/ Mark S. Reich*
                                              Mark S. Reich (MR-4166)